FILED
2014 Jul-10 PM 04:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **HAROLD LOCKHART, et al.,** | ) |
| **Plaintiff;** | ) |
| vs. | ) 5:12-cv-01023-LSC |
| **TONY VEST, et al.,** | ) |
| **Defendant.** | ) |

## ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith, the Magistrate Judge's report and recommendation (doc. 81) is hereby ADOPTED and ACCEPTED in part and NOT ADOPTED and NOT ACCEPTED in part.  There being no genuine issue of material fact, the defendants' motions for full and partial summary judgment (docs. 48, 50, 52 and 54) are hereby GRANTED.  All of the plaintiffs' claims, except for plaintiff, Glenda Lockhart's, claims for false arrest and false imprisonment against defendant, Tony Vest, are hereby DISMISSED with PREJUDICE.

As plaintiff, Glenda Lockhart's, claims for false arrest and false imprisonment against defendant, Tony Vest, remain pending, it is hereby ORDERED that this action be REASSIGNED to the Honorable T. Michael Putnam, for further proceedings not

inconsistent with this opinion.

Done this <u>10th</u> day of <u>July 2014</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
[160704]